UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, | Case No. 2:16-cv-02117-KJD-NJK |
| Plaintiff, | **ORDER GRANTING MOTION TO RELEASE BOND** |
| v. | |
| STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP, LLC; FERNANDO RUVALCABA; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Release Bond (ECF #55). Early in the litigation, Defendant Las Vegas Equity Group, LLC demanded that Plaintiff post a cost bond pursuant to NRS 18.130(1). (ECF #11). The Court then ordered Plaintiff to issue a $500 bond. (ECF #22). Plaintiff's counsel made a $500 deposit on Plaintiff's behalf. (ECF #23). With the matter now concluded, Plaintiff requests that the Court refund its counsel the $500.00 security bond, plus interest. The purpose of the security bond is to provide security "for the costs and charges which may be awarded against [the] plaintiff." NEV. REV. STAT. 18.130(1). On March 17, 2020, the Court granted Plaintiff's partial motion for summary judgment on its declaratory relief claims and dismissed the remaining claims in the action. (ECF #52). Judgment was entered and the case was closed. (ECF #53). No costs were awarded against Plaintiff and the bond shall be released.

//

//

//

//

//

1       Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Release Bond (ECF #55) is **GRANTED**.

      IT IS FURTHER ORDERED that the clerk of the court shall refund Plaintiff the $500.00 bond it deposited, plus interest.

Dated this 6th day of May, 2022.

                                              Kent J. Dawson
                                              United States District Judge